**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEVIN ALBA MENDOZA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-1929 |
| | ) | |
| LEONARD ODDO, *et al*., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

AND NOW, this 17th day of November, 2026, upon consideration of Respondents' Notice (Docket No. 6) reporting that Petitioner's immigration proceedings have resolved in an order of voluntary departure, and by virtue of 8 U.S.C. § 1252(a)(2)(B)(i) this Court lacks jurisdiction to review such an order, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (Docket No. 1) is DISMISSED as moot. The Clerk of Court is to mark this case closed.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record